IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

JAMES NATHANIEL DOUSE,
    Plaintiff, Pro Se

Vs.

Civil Action No.:

8:22-cv-2098-TPB-JSS

SABRINA TRAEGER, Defendant-1
In her Individual Capacity    and

CANOE CREEK NEIGHBORHOOD ASSOCIATION, INC., and
CANOE CREEK HOMEOWNERS ASSOCIATION, INC.
C/O ACCESS MANAGEMENT,  Defendant-2
)
)
)

## **COMPLAINT**

(I).

1). Come Now Plaintiff, JAMES NATHANIEL DOUSE, filing this lawsuit

against SABRINA TRAEGER, In her Individual Capacity is Defendant-1

and

CANOE CREEK NEIGHBORHOOD ASSOCIATION, INC., and

CANOE CREEK HOMEOWNERS ASSOCIATION, INC.

C/O ACCESS MANAGEMENT, Defendant-2, Hereinafter will reference as

Defendants.

Plaintiff's Complaint, Exhibits, Federal Statues and State Statutes all supports its position against Defendants,

Civil Action No.:                                                                      Page 2 of 16

(II).

**Federal Cause of Action:**

Introduction

2). Pursuant to 42 U.S.C § 3617; and under 42 U.S.C. § 3603 THROUGH 42

U.S.C. § 3606......Where
Harassment:
The Fair Housing Act makes it illegal to harass persons because of race, color, religion, sex (including gender identity and sexual orientation), disability, familial status, or national origin. Among other things, this forbids sexual harassment.

Other Prohibitions:    Indifferent Treatments, Fraud, Illegally withholding Plaintiff's Property.

In addition, it is illegal discrimination to,
Threaten, coerce, intimidate or <u>interfere with anyone exercising a fair housing right</u> or <u>assisting others who exercise the right Retaliate against a person</u> who has filed a fair housing complaint or assisted in a fair housing investigation.

3). In order for a particular fact pattern to be covered by the
Fair Housing Act, three elements must be present:
(1) a covered property;
(2) a covered transaction; and
(3) a covered basis of discrimination.

Covered properties are generally dwellings that are not subject to any of the Act's exemptions. Covered transactions, also referred to as subject matter jurisdiction (e.g., a refusal to rent), <u>are set forth in Sections 804;806 and 818 of the Act.</u>

There are seven covered bases of discrimination: race; color; religion; sex;

disability; familial status; and national origin.

<u>It takes Only one behavior</u> that involves one or more of these seven covered bases of discrimination is illegal under the Fair Housing Act. T

4). In this complaint, Plaintiff shows that one of the seven covered bases of discrimination was involved in a housing practice, thereby rendering that practice illegal under the Fair Housing Act.

Civil Action No.: Page 3 of 16

(III).

5). Statement of Issue to be Raised

Plaintiff also is a litigate in State Court where under State Law this civil action can be brought because of multiple violation of State law and Federal Fair Housing Act by the Defendants….....where Employer and its Employees alike are responsible for their action …..The Defendant best interest is not that of this Plaintiff.

Introduction                                    Page  2

Count-1  **Federal Cause of Action** Violation of a Federal Act  Page 2

Jurisdiction, Venue and Parties                 Page  11

**Count-2** . Plaintiff Motion The Court to Order the Production of Defendant's Documents ….Referencing Plaintiff Home type in Sales Contract    Page  9

**Count-3.** Illegally Retaining Plaintiff's Property …. See Florida State Statute 720.3035(5)Violation of Florida State Law        Page 4 - 5

**Count-4.** Under Florida Law, Defendant is a Non-profits Organization and not allow to compensate corporate heads, managers nor others…but must donate excessive proceeds to a Charity…….Yet, Defendant payroll has nearly doubled in one year……going from $65,000 in year 2021 Budget to $123,000 year Budget…. **See Exhibit " F ".**    Any Further Assessment increases are not Warranted for this Canoe Creek Sub-Division…..as Canoe Creek Sub-Division  Budget is met.

Count-5   Breach of Contract                   Page 5

Under the " Well Pleated Complaint Rule "       Page……

Inclusion                                       Page  14

Relief Sought                                   Page  15

Civil Action No.:                                                Page 4 of 16

(IV).

**Florida State Laws Referenced:**

6). Plaintiff's Complaint, Exhibits, Florida Statute 836.04 (Harassment) and Florida Homeowners' Association Act (Title XL, Chapter 720(2021) all supports Plaintiff position that Defendant-1 and Defendant-2 are in Violation of Florida Business Governance and Violence of Florida Rule of Ethics. Plaintiff seeks Relief from Defendant's Vexation, Indifferent Treatment, Discriminatory acts against this Plaintiff. Plaintiff also seeks Compensatory Damages, Punitive Damages, Attorneys Fees, Court Costs, Document Preparation/Material/mailing Costs **as other Dispute Resolutions has fail.**

See Exhibit, A, B, C, E, and I

Civil Action No.:                                                       Page 5 of 16

(V).

**Defendants**

7). Defendants is in violation of Breach of Contract...State Law Florida Statute §720.302; Fla. Stat. §720.313 Receivership notification; Fla. Stat. §720.308 Assessments and charges; Fla. Stat. §720.301,720.302(1)....governs the formation, management, powers, and operation of HOAs in Florida.

8). Demand the production of Documents showing Plaintiff Sales Contract page-1

9). **Harassment under Florida Law.**

To sue someone for emotional pain and suffering, you have to be able to show that they were negligent or reckless in some way and that their actions led to your emotional distress.

....784.048 Stalking; definitions; penalties.—
(a) "Harass" means to engage in a course of conduct directed at a specific person which causes substantial emotional distress to that person and serves no legitimate purpose.

10). In Explaining the Indifferent Treatment, Harassment, and Defendants Refuse Plaintiff's Property of $1,000.00 Pool & Spa Deposit, Undue Assessment Increase without any Notice and Violation of its Sales Contract.......as Defendant changed my Home from a " 45' " Series Home Phase I, ......to 57' Cove Series.......in order to increase Assessments and lastly Plaintiff wants to know all of the HOA Board Member by name and address as this is required pursuant to Fla. Stat. §720.313 Receivership notification.

11). "Pursuant to The Florida Homeowners' Association Act, Fla. Stat. §720.301, et. seq., governs the formation, management, powers, and operation of HOAs in Florida. The law specifically applies to not-for-profit organizations operating residential homeowners associations in Florida. Fla. Stat. §720.302(1). "

.....**<u>Yet, Defendant's Payroll has almost Doubled in one year…See Exhibit " F " page 1</u>** Additionally, Defendant-1 is allowing <u>Pre-Super Bowl Parties</u> as in the past February 2022 Super Bowl for the Select Few to be held at the "Gathering Place Community Center" while they increase assessments on all, namely this plaintiff ……..That's not right

[w]hen a lay person is accused of deliberate indifference, the plaintiff must present[ ] evidence.

See: *Rodriguez v. Bryson, CIVIL ACTION No. 5:17-CV-10 (MTT) (M.D. Ga. Jan. 25, 2018)

(Explaining referring to one's status as a natural person, distinct from any other role; an employee acting "in their individual capacity" is acting as herself.

In law, individual capacity is a term of art referring to one's status as a natural person, distinct from any other role."

Plaintiff presents this short statements Regarding Individual Capacity:

- a.) the constitutional right Plaintiff believes was violated in Fair Housing Act where Plaintiff has been Subject continuous indifferent Treatment, creating special community Rule [Only] for this Plaintiff and other resident are not subject to the same rules and or standards…..Plaintiff have a right to live within this Canoe Creek community and to live free, unharassed and unhindered. This has not be the case at all since moving here September 2020.

- b.) the name of the person who violated the right; Defendant-1

- c). exactly what that individual did or failed to do; Subject Plaintiff to indifferent Treatment and a Violation of Fair Housing Act.....she cannot create a Rule specifically for Plaintiff. I should be able to buy or Enhance my Home....After HOA and Architect Review Committee approval..... "without consideration to my race, color, national orgin, sex, handicap, familial stature or religion.".......or Special Inspection of my home and property.

- **d). how the action or inaction of that person is connected to the violation of Plaintiff's constitutional right; Defendant-1 action is a Discriminatory Act and directly in Violation of a Federal Act and Florida State Statute 720.3035(5)**

**See Exhibit " Florida Homeowners Association Act (Title XL, Chapter 720(2021).**

- e). what specific injury Plaintiff suffered because of that person's conduct...... Intentional Inflection of Emotional Distress, Frustration to Plaintiff and my Family, Needless Expenses and Truly Wasting this Court Resources and Time.,

See Rizzo v. Goode, 423 U.S. 362, 371-72, 377 (1976). Explanation

In addition, "[w]hen a lay person is accused of deliberate indifference, the plaintiff must present[ ] evidence ......See Kuhne v. Florida Dep't of Corr., 618 F. App'x 498, 507 (11th Cir. 2015) (citation and quotation marks omitted) (some alterations in original); see also Townsend, 601 F.3d at 1159. 1. Claim against Dr. Bearing

Civil Action No.:                                             Page 8 of 16

(VI).

12).

FACTUAL DOCUMENTATION:

Pursuant to Plaintiff Sales Contract, Plaintiff shows an extract the Excerpt of " Lot 051, Canoe Creek - <u>45's Canoe Creek Phase I</u> "    plaintiff's Sales Contract  **See Exhibit " G " Attached**

Plaintiff's Sales Contract states its clearly …….[not] a<u>" 57' Cove</u> " Model Home.  Defendant's efforts are meant to discriminate, reduce the quality of life and harass Plaintiff and force a Foreclosure Lien against Plaintiff's property .

Defendant changed Plaintiff's Model Home type from Canoe Creek – <u>45's Canoe Creek Phase I</u>   to a " 57' Cove " Model Home as Assessments are more expensive for this type of home……**See Exhibit " F " Attached . <u>Currently, Plaintiff does not owe Defendants any money</u>**. This is no misnomer, but this is rather another form undisclosed indifferent treatment, harassment and prejudice toward this Plaintiff and my family………..What other reason would the Defendants do this?

Civil Action No.:                                                              Page 9 of 16

(VII).

13).

## DEFENDANT MUST SUBMIT DOCUMENTS TO SUPPORT ITS CLAIM

<u>Plaintiff Motion The Court for the Production of Documents, where Defendant must show proof positive, as in file documented proof in court ....ie on the courts dockets, where Plaintiff signed (with his wet signature) for Purchasing of a " 57' Cove " as being charged to this plaintiff.</u>

<u>This should be very simple for the Defendant, just file the Documents in court where Plaintiff purchased a " 57' Cove " Model home.</u> Plaintiff has been asking for 3 years and Defendant as refused thus far.

**For 3 years now** and because Defendant position is untenable nor can it show factual evidence that Plaintiff purchased or signed for a " 57' Cove model home " Defendant must:
- Restore proper assessment charges for Plaintiff which is a " 45 ' Phase I " Model home.
- Defendant must Refund Plaintiff for Over Charges for the prior 3 years

- See Exhibit <u>" Reinstatement of Original Assessment "</u>   attached

- <u>See Exhibit " F " **last page**</u> for the current Quarterly Assessment charges for
  45' Cruise
  57' Cove
  72' Coastal
  Villa

Civil Action No.:                                                    Page 10 of 16

- Defendant must also Refund Plaintiff's Pool Deposit( $1,000.00) …..retaining Plaintiff assets is a continued action of discriminatory harassment where no other homeowner in this Canoe Creek Sub-Division have been treated as such. Documented proof should be Place it on the court Dockets.

- Defendant is in violation Federal housing Act and Violation of State Law Florida Statute §720.302; Fla. Stat. §720.313 and others statutes that have already been outline here. Defendant must cease immediately its indifferent treatment, harassment act and or discriminatory act toward a Protected class member. Plaintiff is over 62 years old.

- Defendant is to Post correct Assessment charges on its website so that all residents and this court can automatically see and know what current assessment charges are per the resident's sales contract..

https://canoecreek.nabrnetwork.com/communityfeed.php?PostID=1425608

To:   straeger@accessdifference.com     Ms. Sabrina Traeger  (HOA)

canoecreek@accessdifference.com

Civil Action No.:  Page 11 of 16

(VIII).

14).

## II Jurisdiction and Venue and Parties

**** JURISDICTION 1331 ****

Pursuant to 28 U.S. Code § 1331 - "Federal Question"

"The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

This is a Federal cause of action case where defendant has been negligence in Violating both Federal Laws and State laws.....(Federal law creates Housing Rights AND ; Federal Housing Act) as these Federal law creates certain rights that protects citizens like me.  *These federal laws are aimed at eliminating discriminatory businesses practices, In Different Treatment at the Federal level regarding the purching of my home;

Also Defendant is in Violation of State law , Breach of Contract, In Different Treatment at the State level of my home, for maintaining UNDISCLOSED Harassment policies and vexing, discouraging Residents/citizens of a Protected Class or ethnic minority groups.

15). Federal Laws creates the Cause of Action: When there is Violation Federal law and or of FEDERAL HOUSING ACT;........The "Well Pleaded Complaint Rule" For Federal Subject Matter Jurisdiction is..........Where Cause of Action Depends on or where an important Federal Law is at issue, Federal Courts automatically have subject Matter Jurisdiction.

Civil Action No.:                                               Page 12 of 16

16). This Lawsuit references State Law for: **See Exhibit Florida State laws:**

" Breach of Sales Contract. Specifically, where Quarterly Assessment was changed from a 45 Phase-I not a 57-Cove Home", Defendant is to produce Document where Plaintiff has signed ( with a wet signature) acknowledging that my home is a 57-cove......The sales Contract clearly shows that my home is a 45-Phase-I....and Not a Cove and Not a Costal.

17). " Breach of Sales Contract where The Block of the Exterior of my Home has

major cracks and Defendant was notified within one year after Closing of the home.

18). Before deciding on the Merits of the Case, This Federal court has authority to render a decision as its has Jurisdiction of the Subject Matter. Again, this court has Personal Jurisdiction or Authority to determined the rights and liabilities of the parties before it.

19). Continuing, This court has Personal jurisdiction or in personam jurisdiction which refers to a court's power over a person (or entity) who is a party to, or involved in, a case or controversy before the court, including its power to render judgments affecting that person's rights.

Civil Action No.:                                                        Page 13 of 16
20).
Pursuant to FRCP Rule 4(n)(1).
(n) ASSERTING JURISDICTION OVER PROPERTY OR ASSETS.
(1) Federal Law. The court may assert jurisdiction over property
if authorized by a federal statute. Notice to claimants of
the property must be given as provided in the statute or by
serving a summons under this rule.

** Again, See 28 U.S. Code § 1331 - "Federal Question"

Also See FRCP Rule 4. Summons......FRCP 4(k)(1)(a)
(k) Territorial Limits of Effective Service.
   (1) In General. Serving a summons or filing a waiver of service establishes personal jurisdiction over a defendant:

   (A) who is subject to the jurisdiction of a court of general jurisdiction in the state where the district court is located

Civil Action No.:                                    Page 14 of 16

(IX).

21).

## In conclusion

Pursuant to The Federal housing Act, FHA, which contain an antiretaliation provision, contained in 42 U.S.C § 3617.....which makes it ILLEGAL to " Coerce, intimidate, threaten, or interfere with any person " who has exercised their rights, or aided or encourage any other person" in the exercising their rights under 42 U.S.C. § 3603 THROUGH 42 U.S.C. § 3606 . Defendant-1 nor Defendant-2 can not do this directly nor indirectly.

Plaintiff has stated an actionable claim for relief against defendants as Plaintiff has sufficiently pleaded factual allegation to support this claim against the defendants. This civil action can be brought as a person or entity (such as a corporation), which claims that another person or entity (the defendant) has failed to carry out a legal duty owed to the plaintiff. The Plaintiff may ask the court to order the defendant to fulfill its duty and or make compensation for the harm done or both.

Civil Action No.:                                                         Page 15 of 16

(X).

22).

### Relief for Discriminatory Acts Violating Federal Laws

23). For Defendant-1, Wherefore Plaintiff Demands a Sum Certain dollar amount of $280, 000 (Two Hundred Eighty Thousand Dollars and 00/100 from **Defendant-1:** Injunction Relief – Stop their Indifferent and Discriminatory Acts against Plaintiff…..so I can stop bring these lawsuits:

*Preparation/Material/mail costs $11.00
*Process Server $87.00
*Circuit Civil Court Cost $200.00
*Punitive damages. $40,000.00 (Forty Thousand Dollars and 00/100)
*Attorney Fees $2,000.00 (Two Thousand Dollars and 00/100)
*Compensatory Damages $237,702.00 (Two hundred Thirty-Seven Seven Hundred Two dollars and 00/100) **A Total of $280, 000(Two hundred Eighty Thousand Dollars and 00/100** Not Nominal Damages

24). For Defendant-2, Wherefore Plaintiff Demands a Sum Certain dollar amount of $900, 000 (Nine hundred Thousand Dollars and 00/100 from **Defendant-2:**
*Injunction Relief – Stop their Indifferent and Discriminatory Acts against Plaintiff…..so I can stop bring these lawsuits:

*Preparation/Material/mail costs $11.00
*Process Server $87.00
*Circuit Civil Court Cost $200.00
*Punitive damages. $40,000.00 (Forty Thousand Dollars and 00/100)
*Attorney Fees $2,000.00 (Two Thousand Dollars and 00/100)
*Compensatory Damages $857,702.00 (Eight Hundred Fifty-Seven Thousand Seven Hundred Two dollars and 00/100) **A Total of $900, 000(Nine hundred Thousand Dollars and 00/100….Not Nominal Damages**

September 13, 2022         *[signature]*
                           JAMES NATHANIEL DOUSE, Pro Se
                           615-316-8373
                           11523 Palmbrush Trail  # 138
                           Lakewood Ranch, Fl. 34202

Civil Action No.:                                                                                   Page 16 of 16

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2022, Plaintiff will deliver, Summon and

Complaint to be Served via "process server" to the Parties listed below:

SABRINA TRAEGER, In her Individual Capacity, **Defendant-1**
2970 University Parkway
Suite 101
Sarasota, Fl. 34243

Or

13647 Old Creek Court (The Gathering Place Community Center)
Parrish, Florida 34219.


James E. Schier ( As Registered Agent),
CANOE CREEK HOMEOWNERS ASSOCIATION, INC.    **Defendant-2**
C/O ACCESS MANAGEMENT   and
CANOE CREEK NEIGHBORHOOD ASSOCIATION, INC.,
2970 University Parkway
Suite 101
Sarasota, Fl. 34243


September 13, 2022         *James N. Douse* (signature)
                            JAMES NATHANIEL DOUSE, Pro Se
                            615-316-8373
                            11523 Palmbrush Trail # 138
                            Lakewood Ranch, Fl. 34202